Argued and submitted May 19, order vacated, remanded with instructions
June 18, 1986

STATE OF OREGON,
*Appellant,*

*v.*

MARK A. NEUSCHWANDER,
*Respondent.*

(85-3246; CA A37756)

720 P2d 1337

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

J. Michael Alexander, Salem, argued the cause for respondent. With him on the brief was Burt, Swanson, Lathen, Alexander & McCann, Salem.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

Defendant is charged with rape in the third degree. ORS 163.355. The state appeals from the trial court's order suppressing several statements. ORS 138.060(3). The trial court was correct only as to statements made to the police.

Defendant was a suspect and was not free to go at the time he made the statements, but the police failed to give him the *Miranda* warnings before questioning him. However, the trial court's order may be read as also suppressing any other statement defendant may have made at any time to any other person concerning sexual relations that he may have had with the alleged victim. In that respect, the order is too broad.

We vacate the order and remand the case with instructions to the trial court to enter a new order, suppressing only defendant's statements to the police.